Case 8:19-cv-00504-RFR Doc # 6 Filed: 11/27/19 Page 1 of 1 - Page ID # 289
Case 19-80064-TLS Doc 2085 Filed 11/27/19 Entered 11/27/19 14:08:32 Desc
Transmittal to Dist Court    Page 1 of 1

transDC (2/14)

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

In Re:

Specialty Retail Shops Holding Corp.

Debtor(s)

Bankruptcy Proceeding No. 19−80064−TLS
Chapter 11

Judge: Thomas L. Saladino

## TRANSMITTAL TO U.S. DISTRICT COURT

Date: November 27, 2019
To: United States District Court
Civil No. 8:19−cv−00504
DC Judge: Robert F. Rossiter, Jr.

Pursuant to the Order entered on 11/6/2019, the above−named matter is referred to the United States District Court.

- ☐ APPEAL in the above−captioned case.
  - ☐ Record on Appeal
  - ☒ Supplemental Record on Appeal
  - ☐ Other
  - ☐ Previous Appeal / Previous DC Judge:
- ☐ WITHDRAWAL OF REFERENCE in the above−captioned case.
  - ☐ Other
- ☐ MONEY JUDGMENT
  - ☐ Other

### LIST OF DOCUMENTS

Statement of Issues at filing [2083]; Appellants Designation at filing [2084].

Transmitted Electronically By USBC Case Administrator: nmw