IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | |
| SPECIALITY RETAIL SHOPS HOLDING CORP., *et al.*, | 8:19CV504 |
| Debtors. | **JUDGMENT** |
| CGP CANADIAN, LTD.; CGP CLIFTON, LTD.; CGP COMANCHE, LTD.; CGP COTULLA, LTD.; CGP JACKSBORO, LTD.; CGP OROFINO, LLC.; CGP PROSSER, LLC; CGP SEYMOUR, LTD.; GGSK TULIA, LTD., | |
| Appellants, | |
| v. | |
| SUN CAPITAL PARTNERS GROUP, INC.; SUN CAPITAL PARTNERS, IV, LP; SUN CAPITAL MANAGEMENT, LLC; and KLA-SHOPKO, LLC, | |
| Appellees. | |

In accordance with the accompanying Memorandum and Order (Filing No. 44), the judgment of the United States Bankruptcy Court for the District of Nebraska is affirmed.

Dated this 2nd day of December 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge